### WALKER v. STATE.
### No. 19781.

Court of Criminal Appeals of Texas.

May 25, 1938.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale in a dry area; penalty assessed at a fine of $100.00.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exception. No error having been perceived or pointed out, the judgment is affirmed.